**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7204**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NOE PINEDA-ALBARRON, a/k/a Primo, a/k/a Pedro Martinez Flores, a/k/a Noe Albarron-Pineda,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:10-cr-00029-NKM-1)

---

Submitted: January 26, 2016      Decided: February 1, 2016

---

Before WILKINSON, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Noe Pineda-Albarron, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Noe Pineda-Albarron appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pineda-Albarron, No. 3:10-cr-00029-NKM-1 (W.D. Va. Apr. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED